707 A.2d 143

IN THE MATTER OF BRUCE A. WALLACE, III, AN ATTORNEY AT LAW.

March 25, 1998.

32

## ORDER

The Disciplinary Review Board on February 18, 1998, having filed with the Court its decision concluding that **BRUCE A. WALLACE, III,** of **CHERRY HILL,** who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a period of three months on the basis of his plea of guilty to violation of *N.J.S.A.* 2C:39–5b (unlawful possession of a handgun without a permit), conduct that violates *RPC* 8.4(b) (criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer);

And the Disciplinary Review Board having further concluded that prior to reinstatement to practice, respondent should be required to submit proof of his psychological fitness to practice law; and good cause appearing;

It is ORDERED that **BRUCE A. WALLACE, III,** is hereby suspended from the practice of law for a period of three months, effective April 20, 1998, and until further Order of the Court; and it is further

ORDERED that prior to reinstatement to the practice of law, respondent shall submit competent psychological proof of his fitness to practice law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.